UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ADAM PLOCHT,

              Plaintiff,                              JUDGMENT
                                                             21-CV-06078 (WFK)

              -against-

U.S. BANK NATIONAL ASSOCIATION,

              Defendant.
------------------------------------------------------------ X

        An Opinion and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on April 23, 2024, denying Plaintiff's motion for summary judgment; granting Defendant's cross-motion for summary judgment; dismissing Defendant's motion to dismiss at ECF No. 13 as moot; it is

        ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is denied; that Defendant's cross-motion for summary judgment is granted; and that Defendant's motion to dismiss at ECF No. 13 is denied as moot.

Dated: Brooklyn, NY                                                                  Brenna B. Mahoney
       April 24, 2024                                                          Clerk of Court

                                                                            By: */s/Jalitza Poveda*
                                                                                  Deputy Clerk